Fill in this information to identify the case:

Debtor name: **RK Parisi Enterprises, Inc.**

United States Bankruptcy Court for the: _____ District of _____ (State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | FCI LENDER SERVICES, INC. Attn: Paper Profits P.O. Box 27370 Anaheim Hills, CA 92809 | FCI LENDER SERVICES, INC. TEL: (714) 282-2424 EMAIL: customerservice@myfci.com | Bank Loan | Disputed | $650,000.00 | | $223,556.32 |
| 2 | U.S. Small Business Administration Disaster Assistance Processing and Disbursement Center 14925 Kingsport Road Fort Worth, TX 76155 | U.S. SMALL BUSINESS ADMINISTRATION Disaster Loan Servicing Center TEL: (800) 659-2955 EMAIL: disastercustomerservice@sba.gov | Bank Loan | | | | $459,930.74 |
| 3 | NBT Bank, N.A. 84 Main Street Keene, NH 03431 | NBT BANK, N.A. – KEENE BRANCH TEL: (603) 352-1922 EMAIL: customercare@nbtbank.com | Bank Loan | | $326,000.00 | | |
| 4 | PayPal Business Loan 2211 North First Street San Jose, CA 95131 | PAYPAL BUSINESS LOAN (LOAN BUILDER) TEL: (866) 703-2160 EMAIL: businessloans@paypal.com | Bank Loan | | | | $33,068.46 |
| 5 | Fabuwood Cabinetry Corp. 69 Blondell Avenue Bronx, NY 10465 | FABUWOOD CABINETRY CORP. TEL: (201) 432-6555 EMAIL: ar@fabuwood.com | Trade Debts | | | | $27,337.42 |
| 6 | Fieldstone Land Consultants, PLLC 778 Elm Street, Suite C Milford, NH 03055 | FIELDSTONE LAND CONSULTANTS, PLLC TEL: (603) 672-5456 EMAIL: flc@fieldstonelandconsultants.com | Professional Services | | | | $26,338.10 |
| 7 | TD Bank USA, N.A. (TD VISA BUSINESS SOLUTIONS) P.O. Box 219 Lewiston, ME 04243 | TD BANK USA, N.A. TEL: (888) 561-8861 EMAIL: [none published - phone only] | Trade Debts | | | | $25,500.00 |
| 8 | CSC Empire Distributing LLC 7406 Route 98 Arcade, NY 14009-9713 | CSC EMPIRE DISTRIBUTING LLC TEL: (585) 492-2780 EMAIL: sales@empiredistributing.net | Trade Debts | | | | $20,852.34 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor: **RK Parisi Enterprises, Inc.**  
Case number (if known): _____

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | ORACLE NETSUITE, INC. 500 ORACLE PARKWAY REDWOOD SHORES, CA 94065 | ORACLE NETSUITE, INC. 500 ORACLE PARKWAY REDWOOD SHORES, CA 94065 TEL: (650) 627-1000 EMAIL: netsuite@netsuite.com | Trade Debts | | | | $16,071.28 |
| 10 | TD Bank USA, N.A. (TD VISA CARD SERVICES) P.O. Box 219 Lewiston, ME 04243 | TD BANK USA, N.A. TEL: (888) 561-8861 EMAIL: [none published - phone only] | Trade Debts | | | | $15,521.57 |
| 11 | Chicago Faucet Company 2100 South Clearbrook Drive Arlington Heights, IL 60005 | CHICAGO FAUCET COMPANY Accounts Payable TEL: (800) 832-8783 EMAIL: maryjo.patterson@chicagofaucets.com | Trade Debts | | | | $14,393.01 |
| 12 | BRICKELL PAYMENTS LLC 1111 BRICKELL AVENUE, 10TH FLOOR MIAMI, FL 33131 | BRICKELL PAYMENTS LLC 1111 BRICKELL AVENUE, 10TH FLOOR MIAMI, FL 33131 TEL: (305) 614-7030 EMAIL: support@brickellpayments.com | Trade Debts | | | | $9,839.04 |
| 13 | Apple Card / Goldman Sachs Bank USA P.O. Box 7247-8621 Philadelphia, PA 19170-8621 | APPLE CARD / GOLDMAN SACHS BANK USA TEL: (877) 255-5923 EMAIL: [none published - Apple Support handles online] | Trade Debts | | | | $9,803.00 |
| 14 | Ray Murray, Inc. P.O. Box 899 Lee, MA 01238 | RAY MURRAY, INC. TEL: (800) 628-5044 EMAIL: info@raymurray.com | Trade Debts | | | | $9,449.14 |
| 15 | ERC PROS LLC 135 S MOUNTAIN WAY DRIVE OREM, UT 84058 | ERC PROS LLC Accounts / Billing TEL: (385) 390-0029 EMAIL: invoices@ercpros.com | Professional Services | | | | $9,360.00 |
| 16 | NATIVE TRAILS, INC. 1205 WHITE CAPPER ST SAN LUIS OBISPO, CA 93401 | NATIVE TRAILS, INC. 1205 WHITE CAPPER ST SAN LUIS OBISPO, CA 93401 TEL: (800) 786-0862 EMAIL: info@nativetrailshome.com | Trade Debts | | | | $8,355.16 |
| 17 | Krugg Reflections USA 1957 Pioneer Rd Huntingdon Valley, PA 19006 | KRUGG REFLECTIONS USA TEL: (215) 323-4661 EMAIL: orders@krugg.us | Trade Debts | | | | $7,431.03 |
| 18 | ROCA BATHROOM PRODUCTS, INC. 2019 NW 84TH AVENUE DORAL, FL 33122 | ROCA BATHROOM PRODUCTS, INC. 2019 NW 84TH AVENUE DORAL, FL 33122 TEL: (305) 597-4112 | Trade Debts | | | | $6609.73 |
| 19 | MS International, Inc. 2095 N Batavia St Orange, CA 92865 | MS INTERNATIONAL, INC. (MSI Surfaces) TEL: (714) 685-7500 EMAIL: marketing@msistone.com | Trade Debts | | | | $5,543.00 |
| 20 | EDOS 8B WEST STATE STREET GRANBY, MA 01033 | EDOS TEL: (800) 295-3367 EMAIL: info@edosinc.com | Trade Debts | | | | $5,415.76 |